UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
STUART WOLLMAN, on behalf of himself  :
and all other similarly situated stockholders of  :
Hospitality Investors Trust, Inc.,  :
  :
                        Plaintiff,  :
  :
           -against-  :
  :
  :
HOSPITALITY INVESTORS TRUST, INC.; AR  :
GLOBAL INVESTMENTS, LLC; AMERICAN  :
REALTY CAPITAL HOSPITALITY  :
PROPERTIES, LLC; AMERICAN REALTY  :
CAPITAL HOSPITALITY ADVISORS, LLC;  :
NICHOLAS S. SCHORSCH; WILLIAM M.  :
KAHANE; EDWARD M. WEIL, JR.; PETER M.  :
BUDKO; BRIAN S. BLOCK; JONATHAN P.  :
MEHLMAN; STANLEY R. PERLA; ABBY M.  :
WENZEL; and ROBERT H. BURNS,  :
  :
                        Defendants.  :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2020

20-cv-0798 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS Defendants filed motions to dismiss the Complaint (Dkts 20, 26);

      IT IS HEREBY ORDERED that oral argument is scheduled for **June 12, 2020, at 11:00 a.m.** The parties must appear for the proceeding by calling (888) 363-4749 // Access code: 3121171# // Security code: 0798#.

      Counsel should adhere to the following rules and guidelines:

      1. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

      2. To facilitate an orderly conference and the creation of an accurate transcript, counsel are *required* to identify themselves every time they speak. Counsel

> should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.
>
> 3. If there is a beep indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

Finally, all of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:  **June 9, 2020**                                                      **VALERIE CAPRONI**
          **New York, New York**                                      **United States District Judge**