UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STUART WOLLMAN, on behalf of himself and
all other similarly situated stockholders of
Hospitality Investors Trust, Inc.,

                      Plaintiff,

     -against-

HOSPITALITY INVESTORS TRUST, INC.; AR
GLOBAL INVESTMENTS, LLC; AMERICAN
REALTY CAPITAL HOSPITALITY
PROPERTIES, LLC; AMERICAN REALTY
CAPITAL HOSPITALITY ADVISORS, LLC;
NICHOLAS S. SCHORSCH; WILLIAM M.
KAHANE; EDWARD M. WEIL, JR.; PETER M.
BUDKO; BRIAN S. BLOCK; JONATHAN P.
MEHLMAN; STANLEY R. PERLA; ABBY M.
WENZEL; and ROBERT H. BURNS,

                      Defendants.
------------------------------------------------------------X



20 **CIVIL** 798 (VEC)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 18, 2020, Defendants' motion to dismiss is GRANTED and the Complaint is DISMISSED with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       June 19, 2020

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

                     **BY:**

                                                **Deputy Clerk**