USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART WOLLMAN, on behalf of himself and all other similarly situated stockholders of Hospitality Investors Trust, Inc., <br><br> Plaintiff, <br><br> v. <br><br> HOSPITALITY INVESTORS TRUST, INC.; AR GLOBAL INVESTMENTS, LLC; AMERICAN REALTY CAPITAL HOSPITALITY PROPERTIES, LLC; AMERICAN REALTY CAPITAL HOSPITALITY ADVISORS, LLC; NICHOLAS S. SCHORSCH; WILLIAM M. KAHANE; EDWARD M. WEIL, JR.; PETER M. BUDKO; BRIAN S. BLOCK; JONATHAN P. MEHLMAN; STANLEY R. PERLA; ABBY M. WENZEL; and ROBERT H. BURNS, <br><br> Defendants. | No. 20-CV-00798 (VEC) <br><br> **NOTICE OF WITHDRAWAL OF MOTION** |

PLEASE TAKE NOTICE that Hospitality Investors Trust, Inc., by its undersigned counsel, hereby withdraws its Motion for a Bond (ECF No. 50).

Dated: September 10, 2020
New York, NY

/s/ Peter D. Doyle
Peter D. Doyle
David W. Heck
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: 212-969-3000
Fax: 212-969-2900

*Counsel for Hospitality Investors Trust, Inc.*

Application GRANTED.  The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 50.

SO ORDERED.

*Valerie Caproni* (signature)
09/11/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE